

IT IS ORDERED

Date Entered on Docket: January 3, 2019

_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW MEXICO

In Re:

Susan L. Granger Lewis,

    Debtor(s).                                                         Bk No. 12-10413-j7

### ORDER APPROVING DEBTOR'S MOTION
### TO COMPEL TRUSTEE TO ABANDON THE ESTATE'S
### INTEREST IN DEBTOR'S MEDICAL MALPRACTICE CLAIM(S)

**THIS MATTER** came before the Court upon the motion by the Debtor to compel abandonment of the bankruptcy estate's interest in the Debtor's medical malpractice claim(s) pursuant to 11 U.S.C. §554(b) and the Debtor represents that the motion was filed on November 14, 2018 that notice of the motion was sent to the Trustee and all parties required to receive notice pursuant to Bankruptcy Rule 9014; that the deadline to object was December 10, 2018; that no objections to the motion were filed; that the bankruptcy estate has received sufficient funds from the Debtor's malpractice claim to pay all creditors in full with interest and the Court finds the motion well taken.

IT IS THEREFORE ORDERED that the bankruptcy estate's interest in the Debtor's medical malpractice claim as evidenced in the matter of *Susan Granger-Lewis vs. Lovelace Health Systems, Inc., d/b/a Lovelace Medical Center, d/b/a Lovelace Downtown Hospital and d/b/a Lovelace Medical Group, New Mexico Heart Institute, P.A., Esteban Henao, M.D., ABQ Health Partners, LLC and Albuquerque New Mexico Physicians, LLC (Albuquerque Emergency Physicians, LLC), D-1314-CV-2013-01183* in the Thirteenth Judicial District Court, Valencia County, State of New Mexico be and is hereby abandoned and the bankruptcy estate has no further interest in said claim and/or any litigation in regard to same.

### END OF ORDER ###

Respectfully submitted:
s/ submitted by e-mail
Diane Webb
Attorney for Debtors
P.O. Box 30456
Albuquerque, NM 87190-0456
505-243-0600
Fax: 505-242-7140

Copy To:

Phillip J. Montoya
1122 Central Ave. SW, Suite 3
Albuquerque, NM 87102
Chapter 7 Trustee

Bonnie Bassan
Askew & Mazel, LLC
1122 Central Ave. SW, Suite 1
Albuquerque, NM 87102
(505) 433-3097
Attorney for Chapter 7 Trustee